**May 2006**

*In re* **BRILL,** Kevin Michael (MR 20757)
Downers Grove, IL

Order of the Court:

The petition by respondent Kevin Michael Brill for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for 30 months and until further order of the Court, as recommended by the Review Board.